**Motion DENIED as MOOT.**
*[signature]*

RECEIVED IN CLERK'S OFFICE
JAN 08 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

# U.S. District Court
## Office of the Clerk
### Middle District of TN/Nashville Div.
### 801 Broadway/Rm. 800

| | |
|---|---|
| William Davidson Hamby, Jr. (Plaintiff) | Case No. # 3:12-cv-01303 |
| V. | Judge: Trauger/Bryant |
| (D.A.) Tory Johnson, et. al., (Defendants) | |

## Motion To Recieve U.S. Marshalls Forms

I, William D. Hamby, Jr., comes the plaintiff, by and through pro se, requests (moves) this court to motion for court clerk to forward 5 copies of U.S. Marshall's service (US 238 or 285) forms so the defendants may be served officially in suit number case # 3:12-cv-01303