RECEIVED
IN CLERK'S OFFICE
JAN 09 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Motion DENIED as MOOT.

*[signature]*

U.S. DISTRICT COURT

OFFICE OF THE CLERK

MIDDLE DISTRICT OF TN./NASHVILLE DIVISION

801 BROADWAY / RM. 800

NASHVILLE, TN 37203

| | |
|---|---|
| William Davidson Hamby, Jr. | CASE NO. # 3:12-CV-01303 |
| (PLAINTIFF) | |
| V. | JUDGE: TRAUGER / BRYANT |
| Tory Johnson, (D.A.) et al. | |
| (DEFENDANTS) | |

## Motion To Ascertain Status of Case

I, William Davidson Hamby, Jr., hereby comes the Plaintiff, by and through pro se, moves the Honorable Court to ascertain status of case # 3:12-CV-01303, via Court's Clerk for Plaintiff.